```
 1  JEFFREY M. VUCINICH, SBN #: 67906
    ELIZABETH D. RHODES, SBN #: 218480
 2  CLEVE B. COLLADO, SBN #: 297000
    CLAPP, MORONEY, VUCINICH,
 3  BEEMAN and SCHELEY
    A PROFESSIONAL CORPORATION
 4  1111 Bayhill Drive, Suite 300
    San Bruno, CA  94066
 5  (650) 989-5400  (650) 989-5499 FAX

 6  Attorneys for Defendants
    OFFICER DANIEL CANCILLA and
 7  OFFICER STEVE HUMRICH
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN YOUNG,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF EAST PALO ALTO POLICE OFFICERS DANIEL CANCILLA and STEVE HUMRICH and DOES 1 - 50,<br><br>    Defendants. | CASE NO.: 4:18-cv-01931-DMR<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Date:         December 13, 2018<br>Time:        11:00 a.m.<br>Courtroom:  4, 3rd Floor<br>Judge:        Hon. Donna M. Ryu<br><br>Complaint filed: March 29, 2018<br>Trial Date: November 4, 2019 |

PLEASE TAKE NOTICE THAT on December 13, 2018, at 11:00 a.m. in Courtroom 4, 3rd Floor, or as soon thereafter as counsel may be heard by the above-entitled Court, located at 1301 Clay Street, Oakland, California 94612, Defendants OFFICER DANIEL CANCILLA and OFFICER STEVE HUMRICH will request that this Court, pursuant to Federal Rule of Civil Procedure 56, grant summary judgment in favor of Defendants as to all Claims for Relief asserted against them by Plaintiff STEVEN YOUNG in his Complaint. This entire lawsuit must be dismissed because a) all state law based claims are barred; b) the *Monell* claim is unstated; and c) qualified immunity attaches to all remaining constitutional claims.

1  This motion is supported by the following memorandum of points and authorities, separate
2  statement of undisputed facts, Declaration of Cleve B. Collado and exhibits thereto, the argument of
3  counsel, and any other matters appropriately before this Court.

DATED: November 8, 2018                CLAPP, MORONEY, BELLAGAMBA,
                                       VUCINICH, BEEMAN and SCHELEY

                                       By: _____
                                           JEFFREY M. VUCINICH
                                           ELIZABETH D. RHODES
                                           CLEVE B. COLLADO
                                           Attorneys for Defendants
                                           OFFICER DANIEL CANCILLA and
                                           OFFICER STEVE HUMRICH