JEFFREY M. VUCINICH (SBN 67906)
ELIZABETH D. RHODES (SBN 218480)
CLAPP MORONEY VUCINICH BEEMAN & SCHELEY
1111 Bayhill Drive, Suite 300
San Bruno, CA 94066
Telephone 650-989-5400
Facsimile: 650-989-5499
e-mail: erhodes@clappmoroney.com

Attorney for Defendants EAST PALO ALTO POLICE OFFICERS DANIEL CANCILLA and STEVE HUMRICH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA –OAKLAND

| | |
|---|---|
| STEVEN YOUNG, et al.,<br><br>　　Plaintiff,<br><br>vs.<br><br>EAST PALO ALTO POLICE OFFICERS DANIEL CANCILLA and STEVE HUMRICH and DOES 1- 50, et al.,<br><br>　　Defendants. | Case No. 4:18-CV-01931-DMR<br><br>**DEFENDANTS' PROPOSED TRIAL EXHIBIT LIST**<br>**(F.R.C.P. 26(a)(3))**<br><br>Complaint filed: 03/29/18<br><br>Pretrial Conf.: February 5, 2020<br>Time:　　　　3:00 p.m.<br><br>Trial:　　　　February 18, 2020<br>Courtroom:　4<br>Judge:　　　Hon. Donna Ryu, Magistrate |

　　　　DEFENDANT OFFICERS DANIEL CANCILLA and STEVE HUMRICH hereby submit this list of exhibits which defendants intend to introduce at the time of trial. Omission of an exhibit(s) from this list does not preclude defendants from submitting that exhibit(s) at trial.

　　　　A.　　Police Report and Narrative authored by Daniel Cancilla, dated 5/2/17, regarding the subject incident (with Supplemental Narratives by Steve Humrich, Loren Wutzke, Jose Luaorozco, Robert Weigand, and a supplemental report by Menlo Park Police Department Officer Tony Mendoza).

1

**Defendants' Proposed Exhibit List**
**Case No. 4:18-Cv-01931-DMR**

B. Body camera footage from body cameras worn by Menlo Park Police Department Seragent Soares,

C. Body camera footage (Vievu digital recording) from body camera worn by Menlo Park Police Department Officer Tony Mendoza.

D. Expert Report of Jeffrey Martin, dated September 5, 2014

Defendants reserve the right to submit any and all exhibits listed by any other party and further reserve the right to supplement this list as further facts, analysis, evidence, issues, and or circumstances indicate. Defendants further reserve the right to present additional exhibits for the purpose of rebuttal, impeachment, or legitimate surprise.

Further, defendants reserve the right to refer to or offer into evidence any document identified by any party hereto in their Exhibit Lists. Defendants further reserve the right to refer to, read from or offer into evidence any and all depositions taken in this matter, and any and all discovery requests and responses in this matter. No inference should be drawn that because these defendants may have specifically referenced some discovery or depositions herein above that, therefore, defendants are waiving the right to present other depositions or discovery requests and responses.

By making the foregoing disclosures, defendants are preserving the right to present said Exhibits and are not admitting the admissibility of such exhibits nor waiving the right to object to the admissibility, in whole or in part, of any said exhibits.

Respectfully submitted,

DATED: January 19, 2020

CLAPP, MORONEY, VUCINICH, BEEMAN and SCHELEY, A PROFESSIONAL CORPORATION

By: __/s/ *Jeffrey M. Vucinich*
Jeffrey M. Vucinich
Elizabeth D. Rhodes
Attorneys for Defendants
EAST PALO ALTO POLICE OFFICERS DANIEL CANCILLA and
ROBERT STEVE HUMRICH

2

**Defendants' Proposed Exhibit List**
**Case No. 4:18-Cv-01931-DMR**

# YOUNG v. CITY OF EAST PALO ALTO OFFICERS DANIEL CANCILLA and STEVE HUMRICH, et al.

U.S. District Court, Northern District of California Case No. 4:18-cv-01931-DMR

**PROOF OF SERVICE - Civil**
[*Code of Civ. Proc. §§ 1011, 1013, 1031a, 2015.5*]

**METHOD OF SERVICE**:

☐ **By Personal Service**    ☐ **By Mail**    ☐ **By Overnight Delivery**

☐ **By Messenger Service**    ☐ **By Facsimile**    ☒ **By E-Mail/Electronic Transmission**

1. I am a citizen of the United States and am employed in the County of San Mateo, State of California. I am over the age of 18 years and not a party to the within action.

2. My place of employment is 1111 Bayhill Drive, Suite 300, San Bruno, CA 94066.

3. On the date set forth below, I caused to be served a true and correct copy of the document(s) described as:

## DEFENDANTS' PROPOSED TRIAL EXHIBIT LIST

4. I served the document(s) on the persons below, as follows:

| | |
|---|---|
| M. Alieu Iscandari, Esq.<br>Iscandari & Associates<br>303 Hegenberger Road, Suite 311<br>Oakland, CA 94621<br>Tel: (510) 606-9062<br>Fax: (510) 803-5684<br>email: izcan79@gmail.com<br>Attorneys for Plaintiff STEVEN YOUNG | Tiega-Noel Varlack, Esq.<br>Varlack Legal Services<br>225 W. Winton Avenue, Suite 207<br>Hayward, CA 94544<br>Tel: (510) 397-2008<br>Fax: (510) 397-2997<br>email: Tiega@varlacklegal.com<br>Attorneys for Plaintiff STEVEN YOUNG |

5. The document(s) was served by the following means (specify):

   a. ☐ **BY PERSONAL SERVICE.** I caused to be personally delivered the document(s) to the persons at the addresses listed in item 4. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

3

**Defendants' Proposed Exhibit List**
**Case No. 4:18-Cv-01931-DMR**

b. ☐ **BY UNITED STATES MAIL**. I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and (specify one):

(1) ☐ deposited the sealed envelope with the United States Postal Services, with the postage fully prepaid.

(2) ☐ placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the County where the mailing occurred. The envelope or package was placed in the mail at San Bruno, California, County of San Mateo.

c. ☐ **BY OVERNIGHT DELIVERY.** I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 4. I place the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

d. ☐ **BY MESSENGER SERVICE**. I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed in item 4 and providing them to a professional messenger service for service.

e. ☐ **BY FAX TRANSMISSION**. Based on an agreement of the parties to accept service by fax transmission, I faxed the document(s) to the person(s) at the fax numbers listed in item 4. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

f. ☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the person(s) at the email addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

4

**Defendants' Proposed Exhibit List**
**Case No. 4:18-Cv-01931-DMR**

☒ **(State)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☐ **(Federal)** I declare that I am employed in the offices of a member of the bar of this court at whose direction this service was made. I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 19, 2019, at San Bruno, California.

*/s/ Rosa Uribe*
Rosa Uribe

5
**Defendants' Proposed Exhibit List**
**Case No. 4:18-Cv-01931-DMR**