M. ALIEU ISCANDARI (SBN 184307)
ISCANDARI & ASSOCIATES
303 Hegenberger Road Suite 311
Oakland CA 94621
Telephone: 510-606-9062
Facsimile: 510-722-2241
e-mail: izcan79@gmail.com

TIEGA-NOEL VARLACK (SBN 248203)
VARLACK LEGAL SERVICES
225 W. Winton Avenue, Suite 207
Hayward, CA 94544
TELEPHONE: 510.397.2008
FACSIMILE: 510 397.2997
e-mail: Tiega@varlacklegal.com

Attorney for Plaintiff
STEVEN YOUNG

UNITED STATES DISTRICT COURT
**NORTHERN DISTRICT OF CALIFORNIA,
OAKLAND DIVISION**

| | |
|---|---|
| STEVEN YOUNG,<br><br>    Plaintiff,<br><br>vs.<br><br>EAST PALO ALTO POLICE OFFICERS DANIEL CANCILLA AND STEVE HUMRICH AND DOES 1-50 ET AL,<br><br>    Defendants | Case No.: 4:18-CV-01931<br><br>PLAINTIFFS PROPOSED EXHIBIT LIST |

Plaintiff Steven Young will at the trial of this matter, submit the following Exhibits which Plaintiff intends to introduce into evidence. Plaintiff wishes to make clear that this list is non exhaustive and that omission of an exhibit(s) from this list does not preclude plaintiffs from submitting that exhibit at trial.

1. Medical Records from San Mateo Medical Center dated May 2 2017. This medical report is from the emergency room treatment where Plaintiff was taken immediately after the incident that caused his injuries. 5-page report

PLAINTIFFS PROPOSED EXHIBIT LIST - 1

2. San Mateo Medical Center Bill dated 12/21/2017 for treatment date 05/02/2017. One page bill

3. Letter from Dr Caroline Salvador Moses dated 10/08/2018. One page letter

4. Radiology report on MRI from Stanford Health Care

5. Chart Notes and Report from Dr. Milliadaire Syverain MD

6. Declaration of Officer Daniel Cancilla in support of Defendants Motion for Summary Judgement dated November 8 2018

7. Police Report and Narrative authored by Officer Daniel Cancilla dated May 02, 2017 with supplemental narratives by officers Steve Humrich, Loren Wutzke, Jose Luaorozco and Robert Weigand.

Plaintiff reserves the right to submit any and all additional exhibits not listed herein in rebuttal or for impeachment.

Dated this 19th day of January 2020.

_____/s/_____

M. Alieu Iscandari Esq

PLAINTIFFS PROPOSED EXHIBIT LIST - 2