UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVEN YOUNG,

    Plaintiff,

v.

DANIEL CANCILLA, et al.,

    Defendants.

Case No. 18-cv-01931-DMR

**VERDICT FORM**

1. Has Steven Young proven that Daniel Cancilla attempted to conduct a pat down search of his person without reasonable suspicion to do so?

    Yes _____ No _____

If you answered "no" to Question 1, proceed directly to Question 2. If you answered "yes" to Question 1, answer all of the following Special Questions i-xi before proceeding to Question 2. In answering Special Questions i-xi, **you must base your answers solely on what Mr. Cancilla knew or believed at the time he first attempted to pat down Mr. Young on May 2, 2017. Do not consider anything that Mr. Cancilla learned after that time.**

    i. Did Mr. Cancilla reasonably believe that the neighborhood around 2250 Menalto Avenue was a high crime area? Yes \_\_\_\_ No \_\_\_\_\_

    ii. Did Mr. Cancilla reasonably believe that drug sales had occurred at 2250 Menalto Avenue in the past? Yes \_\_\_\_ No \_\_\_\_\_

    iii. Did Mr. Cancilla reasonably believe that Mr. Young had sold drugs at 2250 Menalto Avenue in the past? Yes \_\_\_\_ No \_\_\_\_\_

    iv. Did Mr. Cancilla reasonably believe that Mr. Young could be involved in drug sales at 2250 Menalto Avenue on that day? Yes \_\_\_\_ No \_\_\_\_\_

    v. Did Mr. Cancilla reasonably suspect that Mr. Young could have weapons concealed on his person? Yes \_\_\_\_ No \_\_\_\_\_

    vi.    Did Mr. Cancilla reasonably believe that Mr. Young had a razor in his hand?

              Yes \_\_\_\_ No \_\_\_\_\_

    vii.    Did Mr. Cancilla reasonably believe that Mr. Young could use the razor as a weapon against him or others?    Yes \_\_\_\_ No \_\_\_\_\_

    viii.    Did Mr. Cancilla reasonably believe that Mr. Young could be physically aggressive toward him?    Yes \_\_\_\_ No \_\_\_\_\_

    ix.    Did Mr. Cancilla reasonably believe that Mr. Young appeared to be agitated?

              Yes \_\_\_\_ No \_\_\_\_\_

    x.    Did Mr. Cancilla reasonably fear for his own safety?    Yes \_\_\_\_ No \_\_\_\_\_

    xi.    Did Mr. Cancilla reasonably fear for the safety of the other officers on scene?

              Yes \_\_\_\_ No \_\_\_\_\_

Proceed to Question 2.

2.    Has Steven Young proven that any of the following Defendants used excessive force against him?

        Daniel Cancilla:    Yes _____ No _____

        Steven Humrich:    Yes _____ No _____

Proceed to Question. 3.

3.    Has Steven Young proven that Daniel Cancilla arrested him without probable cause?

        Yes _____ No _____

Proceed to Question 4.

4.    Has Steven Young proven that Steven Humrich unreasonably seized money from his person?

        Yes _____ No _____

If you answered "no" to Questions 1, 2, 3, and 4 as to <u>both Defendants</u>: stop, sign and date the form, and return the form to the bailiff. If you answered "yes" for any question, as to either or

both Defendants, then answer Questions 5 and 6 as to that Defendant or those Defendants only.

5. State the amount of damages proven by Steven Young.

    Daniel Cancilla: Amount of damages: _____

    Steven Humrich: Amount of damages: _____

If Steven Young proved no actual damages, you must award nominal damages up to one dollar. Proceed to Question 6.

6. Has Steven Young proven that either of the Defendants' conduct was malicious, oppressive, or committed in reckless disregard of his rights?

    Daniel Cancilla: Yes _____ No _____

    Steven Humrich: Yes _____ No _____

If you answered "no" as to <u>both</u> Defendants in Question 6: stop, sign and date the form, and return the form to the bailiff. If you answered "yes" as to either Defendant in Question 6, proceed to Question 7.

7. Do you award Steven Young punitive damages against either of the Defendants?

    Daniel Cancilla: Yes _____ No _____

    Steven Humrich: Yes _____ No _____

Dated: _____      _____

                                                                    Presiding Juror

**IT IS SO ORDERED.**

Dated: February 23, 2020

                                                  _____
                                                  Donna M. Ryu
                                                  United States Magistrate Judge