**FILED**

FEB 26 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN YOUNG,<br><br>        Plaintiff,<br><br>   v.<br><br>DANIEL CANCILLA, et al.,<br><br>        Defendants. | Case No. 18-cv-01931-DMR<br><br>**VERDICT FORM—PUNITIVE DAMAGES** |

1.  What amount, if any, of punitive damages do you award Steven Young?

    $ __22,000.00__

Sign and date this verdict.

Dated: __2/26/2020__                    __JONATHAN WONG__
                                                                     Presiding Juror