# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# CHIEF MAGISTRATE JUDGE JOSEPH C. SPERO

## CIVIL MINUTES

**Case No.**: 18-cv-01931-DMR (JCS)

**Case Name:** Young v. CANCILLA

**Date:** May 19, 2020      **Time:** 3 HR

**Deputy Clerk:** Karen Hom      **Court Reporter:** Zoom Recording

**Attorney for Plaintiff:** Tiega Varlack*, Alieu Iscandari *
**Attorney for Defendant:** Jeff Vucinich*, Elizabeth Rhodes*

## PROCEEDINGS

(X)    Settlement Conference – Held

      (X) Case Settled      ( ) Case Did Not Settle      ( ) Partial Settlement

( )    Further Settlement Conference

      ( ) Case Settled      ( ) Case Did Not Settle      ( ) Partial Settlement

( )    Telephonic Scheduling Conference to set Settlement Conference

( )    Further Telephonic Settlement Conference

( )    Discovery Conference – Lead Trial Counsel Meet and Confer

( )    Status Conference

( )    Other

**Notes:** Settlement placed on the record.
*Parties in attendance: Steve Young, plaintiff. Rafael Alvarado, City Attorney for East Palo Alto, Susan DeNardo and Cynthia Gordon, Daniel Cancilla – Defendants.
Court will have the settlement transcribed and posted.

*All appearances were via Zoom